IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES LEE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0582 |
| ) | Judge Trauger |
| CHIEF BILL HOLTS, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

**O R D E R**

On December 16, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is so **ORDERED.**

Enter this 13th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge